# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| **MILVA FORD,** | |
| **Plaintiff,** | **1:08-cv-48** |
| v. | |
| **OPHTHALMIC INNOVATIONS INTERNATIONAL, INC.,** | |
| **Defendant.** | |

**TO:** Lee J. Rohn, Esq.
Warren B. Cole, Esq.

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

THIS MATTER came before the Court upon Defendant's Motion to Compel (Docket No. 34). This order is issued without necessity of response.

The Court notes that the parties failed to submit a joint stipulation pursuant LRCi 37.2(a). Counsel for Defendant certifies that he attempted to schedule a meet and confer without response from counsel for Plaintiff. Therefore, the Court will deem the motion in compliance with LRCi 37.2(c).

Having reviewed the said motion, the Court finds that Plaintiff has failed to provide responses to discovery requests as set forth in the motion and that Defendant is entitled to

*Ford v. Ophthalmic Innovations Int'l, Inc.*
1:08-cv-48
Order Granting Defendant's Motion to Compel
Page 2

such responses. The Court further finds that by such failure Plaintiff has waived any objections she may have had to the said discovery.

Accordingly, it is now hereby **ORDERED**:

1. Defendant's Motion to Compel (Docket No. 34) is **GRANTED**.

2. Plaintiff shall, within five (5) days from the date of entry of this order, serve upon counsel for Defendant her responses to all outstanding discovery requests by Defendant.

3. Plaintiff has waived any objections she may have or may have had to the discovery at issue.

                                                ENTER:

Dated: September 8, 2009                     /s/ George W. Cannon, Jr.
                                                GEORGE W. CANNON, JR.
                                                U.S. MAGISTRATE JUDGE